SARA L. GABIN, OSB #81234
Attorney for **Plaintiff**
Five Centerpointe Drive, Suite 400
Lake Oswego, Oregon 97035
tel: 503.620.3171  fax: 503.620.3365

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JOY D. KLEFFNER,<br><br>         Plaintiff,<br><br>    vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>         Defendant. | Civil No. 05-1779-AA<br><br>ORDER FOR ATTORNEY FEES – EAJA |

    Based on the stipulation of the parties, it is hereby ORDERED that attorney fees of $4,244.66 under the Equal Access to Justice Act, 28 U.S.C. 2412, and costs of $10.90 under 28 U.S.C. 1920, are awarded to plaintiff, to be made payable to SARA L. GABIN, P.C., Attorney at Law, plaintiff's counsel.

    DATED this __20__ day of December, 2006.

_____
UNITED STATES DISRCTIC COURT JUDGE

Submitted by:

/s/ SARA L. GABIN
SARA L. GABIN, OSB#81234
Attorney for Plaintiff

ORDER FOR ATTORNEY FEES -EAJA - 1